1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   XAI XIONG,                                No. 2:09-cv-03345-MCE GGH P

12           Plaintiff,

13       vs.                                   ORDER

14   H. KIRKLAND, et al.

15           Defendants.

16   _____/

17           On January 5, 2012, the Magistrate Judge issued an order denying plaintiff's

18   second motion for an extension of time to file a sur-reply to defendants' motion for summary

19   judgment.  On February 22, 2012, plaintiff filed a request for reconsideration of that order.  Local

20   Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is

21   sought from the Court within fourteen days . . . from the date of service of the ruling on the

22   parties. . ." E.D. Local Rule 303(b).  Plaintiff's request for reconsideration of the magistrate

23   judge's order of January 5, 2012 is therefore untimely.

24           The court additionally notes that the magistrate judge issued findings and

25   recommendations regarding the motion for summary judgment on January 25, 2012.

26   ///

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's February 22, 2012

2  request for reconsideration is DENIED.

3   Dated:  February 29, 2012

4

5  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2