IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XAI XIONG,                                                          No. 2:09-cv-03345-MCE GGH P

       Plaintiff,

   vs.                                                                    ORDER

H. KIRKLAND, et al.

       Defendants.

_____/

       On January 5, 2012, the Magistrate Judge issued an order denying plaintiff's second motion for an extension of time to file a sur-reply to defendants' motion for summary judgment. On February 22, 2012, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of January 5, 2012 is therefore untimely.

       The court additionally notes that the magistrate judge issued findings and recommendations regarding the motion for summary judgment on January 25, 2012.

///

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's February 22, 2012
2 request for reconsideration is DENIED.

Dated: February 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE