IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XAI XIONG,

        Plaintiff,                No. 2:09-cv-3345 MCE GGH P

    vs.

H. KIRKLAND, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff has filed a motion for extension of time to file a supplemental pretrial statement. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Docket No. 63) is granted;

        2. Plaintiff's supplemental pre-trial statement, as well as any motions necessary to obtain the attendance of witnesses, are due no later than November 19, 2012. In light of the pending scheduled trial date, no further extensions of this deadline shall be granted.

        3. If they choose to do so, defendants may file an optional supplemental pre-trial statement on or before December 5, 2012.

        4. The pre-trial conference, described in the court's August 22, 2012 order, is reset to December 19, 2012. The pre-trial conference shall be conducted on the file only, without appearance by either party.

5. This matter remains set for trial before the Honorable Morrison C. England, Jr. On March 11, 2013 at 9:00 a.m.

DATED: October 17, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:rb
xion3345.36(3)