UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAI XIONG, | No. 2:09-cv-3345 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| H. KIRKLAND, et al., | |
| Defendants. | |

In the pretrial order (ECF No. 74) of August 19, 2013, this matter was set for a trial confirmation hearing on December 11, 2013, at 10:00 a.m.  The trial confirmation hearing is hereby VACATED.  The remainder of the pretrial order and the jury trial scheduled for January 21, 2014, at 9:00 a.m. in Courtroom 7 before the Honorable Morrison C. England, Jr. remain in effect.

IT IS SO ORDERED.

DATED: November 19, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1