UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAI XIONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. KIRKLAND, et al.,<br><br>　　　　　Defendants. | No. 2:09-CV-03345-MCE-AC<br><br><br>**ORDER** |

Presently before the Court is Defendants' Motion to Amend the Pretrial Order. Good cause having been shown, that Motion (ECF No. 77) is GRANTED. The Pretrial Order (ECF No. 74) is hereby amended to permit the parties to offer the following additional evidence at trial:

　　1.　　Testimony of F. Money, Correctional Lieutenant, California Correctional Center;

　　2.　　All physicians' progress notes from Plaintiff's medical file for the dates, 11/24/06 to 8/28/08;

　　3.　　All interdisciplinary progress notes from Plaintiff's medical file for the dates 11/24/06 to 8/28/08;

　　4.　　All Health Care Service Request Forms (CDC 7362) from Plaintiff's medical file for the dates 11/24/06 to 8/28/08; and

1

5. All Inmate Classification Committee notes (CDC 128-G) from Plaintiff's central inmate file for the dates 11/24/06 to 8/28/08.

IT IS SO ORDERED.

**Dated: December 10, 2013**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT